# Bernstein Exhibit 3:

CONEDISON_00122191

**Confidential Exhibit Filed Under Seal**
**Pursuant to Paragraph 7 of the Court's Discovery Confidentiality Order**
**(ECF No. 127)**