# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY,<br>      Plaintiff,<br>  v.<br>NEWPORT ASSOCIATES DEVELOPMENT COMPANY and NEWPORT ASSOCIATES PHASE I DEVELOPERS LIMITED PARTNERSHIP,<br>      Defendants. | Civil Action No. 16-08445<br><br>Hon. Kevin McNulty, U.S.D.J. |
| NEWPORT ASSOCIATES DEVELOPMENT COMPANY and NEWPORT ASSOCIATES PHASE I DEVELOPERS LIMITED PARTNERSHIP,<br>      Counterclaim & Third-Party Plaintiffs,<br>  v.<br>PUBLIC SERVICE ELECTRIC AND GAS COMPANY,<br>      Counterclaim Defendant,<br>  - and -<br>CONSOLIDATED EDISON COMPANY OF NEW YORK,<br>      Third-Party Defendant. | **CERTIFICATE OF SERVICE** |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY,<br>      Crossclaim Plaintiff,<br>  v.<br>CONSOLIDATED EDISON COMPANY OF NEW YORK,<br>      Crossclaim Defendant. | |

CONSOLIDATED EDISON
COMPANY OF NEW YORK,
        Counterclaim Plaintiff,
   v.
PUBLIC SERVICE ELECTRIC AND
GAS COMPANY, NEWPORT
ASSOCIATES DEVELOPMENT
COMPANY and NEWPORT
ASSOCIATES PHASE I
DEVELOPERS LIMITED
PARTNERSHIP
        Counterclaim Defendants.

I hereby certify that on March 17, 2021, I caused unredacted copies of the foregoing Defendants and Counterclaim & Third-Party Plaintiffs Newport Associates Development Company and Newport Associates Phase I Developers Limited Partnership's ("Newport's") Notice of Cross-Motion for Leave to Amend, Proposed Order, Memorandum of Law in Opposition to Public Service Electric and Gas Company's and Consolidated Edison Company of New York's Motions to Strike and in Support of Newport's Cross-Motion for Leave to Amend, and Declaration of Adam J. Bernstein, with ten exhibits appended thereto, to be served via electronic mail to the following: Thomas R. Valen (tvalen@gibbonslaw.com), Kate E. Janukowicz (kjanukowicz@gibbonslaw.com), Lawrence S. Lustberg (llustberg@gibbonslaw.com), Edward F. McTiernan (edward.mctiernan@arnoldporter.com), Sara L. Shudofsky (sara.shudofsky@arnoldporter.com), Harry K. Fidler (harry.fidler@arnoldporter.com), Susan S. Hu (susan.hu@arnoldporter.com), Julian W. Wells (jwells@shermanwells.com), and Joshua S. Bratspies (jbratspies@shermanwells.com).  Courtesy copies were provided to the Hon. Kevin McNulty, U.S.D.J. (njdnef_mcnulty@njd.uscourts.gov).

Dated: New York, New York

March 17, 2021

By: */s/ Adam J. Bernstein*

Adam J. Bernstein (abernstein@paulweiss.com)